WALTER B. MILKMAN, as Trustee in Bankruptcy of JOSE CASESA, Appellant, *v.* JOSE CASESA et al., Respondents.

(Submitted December 8, 1919; decided December 12, 1919.)

Motion to amend remittitur denied, without costs. (See 227 N. Y. 615.)

MATILDA HOYKENDORF, Appellant, *v.* BRADLEY CONTRACTING COMPANY, Respondent.

(Submitted December 8, 1919; decided December 12, 1919.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 227 N. Y. 204.)

NICKOLAUS LABERHEIM, Appellant, *v.* GEORGE EHRET, Respondent.

*Laberheim* v. *Ehret,* 177 App. Div. 884, appeal dismissed.
(Submitted December 8, 1919; decided December 12, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1918, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of the defendant.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and permission to appeal had not been obtained.

*Robert D. Elder* for motion.

*Charles Caldwell* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.